**UNITED STATES of America v. Charles B. JOYNER.**

No. 1510.

Circuit Court of Appeals, Tenth Circuit.

Nov. 19, 1936.

R. T. McCluggage, Asst. U. S. Atty., of Topeka, Kan.

Goldman & Daley, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America v. E. A. LEAHY et al., Administrators.**

No. 1478.

Circuit Court of Appeals, Tenth Circuit.

Sept. 23, 1936.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

N. A. Gibson, of Tulsa, Okl., for appellees.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. Orrin LEMMON, Gdn. of Isaac J. Lemmon (M. I.), Appellee.**

No. 7611.

Circuit Court of Appeals, Sixth Circuit.

Jan. 14, 1937.

John C. Lehr, U. S. Atty., of Monroe, Mich.

Victor C. Anderson, of Lansing, Mich., and George F. Anderson, of Kansas City, Mo., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing upon the certificate of the deputy clerk of the United States District Court for the Eastern District of Michigan, Northern Division, Bay City, Mich., and a stipulation entered into by counsel for the respective parties in the above-entitled cause, and the court being fully advised in the premises,

It is ordered and adjudged that the instant case be docketed and dismissed without costs to either party.